# MEMORANDUM DECISIONS.

AARON, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Ada S. Aaron against William J. Ward. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 121 N. Y. Supp. 673.

---

ALBRO, Respondent, v. BALDWIN et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Nettie E. Albro against Adelbert Baldwin and Thomas Baldwin, as administrators, etc. No opinion. Judgment modified, by striking therefrom the award of costs and disbursements, and, as so modified, unanimously affirmed, without costs of appeal to either party.

---

ALDEN SPEARE'S SONS CO.. Respondent, v. CASEIN CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by the Alden Speare's Sons Company against the Casein Company of America. C. J. Hardy, for appellant. W. S. Haskell, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 122 App. Div. 22, 106 N. Y. Supp. 980.

SCOTT, J., dissents.

---

AMERICAN WOOLEN CO. v. MOSKOWITZ. (Supreme Court, Appellate Term. April 11, 1910.) Appeal from City Court of New York, Special Term. Action by the American Woolen Company against Harry Moskowitz. From an order granting a motion for judgment on the pleadings, on the ground that the complaint does not state a cause of action, plaintiff appeals. Reversed, and motion denied. Hays, Hershfield & Wolf (Edwin D. Hays, of counsel), for appellant. Abraham Goldfarb, for respondent.

PER CURIAM. In our opinion, the complaint states facts sufficient to constitute a cause of action. The order is therefore reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

---

ANDERSON, Respondent, v. DUGGAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by William B. Anderson, as ancillary administrator, etc., against Dorothy F. Duggan and others. No opinion. Order affirmed, with $10 costs and disbursements.

ANDERSON, Respondent, v. FRY et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by William B. Anderson, as ancillary administrator, etc., against John C. Fry and William H. Fry, as executors. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 130 App. Div. 909, 115 N. Y. Supp. 1110.

---

APRIGLIANO, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Frank Aprigliano against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 121 N. Y. Supp. 1124.

BURR, J., not voting.

---

ASPHALT CONST. CO., Respondent, v. BOUKER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Asphalt Construction Company against De Witt C. Bouker, Jr., and another. L. L. Kellogg, for appellants. E. W. Hatch, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 127 App. Div. 730, 112 N. Y. Supp. 31.

---

In re ASTOR. (Supreme Court, Appellate Division, First Department. March 18, 1910.) In the matter of Caroline W. Astor, deceased. No opinion. Appeal dismissed, with $10 costs and disbursements to respondent. Order filed. See, also, 120 N. Y. Supp. 1126.

---

BANDEL, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Charles F. Bandel against the City of New York and another. No opinion. Order affirmed, with $10 costs and disbursements, upon the ground that, pending trial, the discretion exercised by the Special Term in denying the motion should not be disturbed.

---

In re BARNES. In re SCHEEL. (Supreme Court, Appellate Division, First Department. March 18, 1910.) In the matter of Hans F. Barnes, etc., and in the matter of Elise Scheel. No opinions. Motion granted. Order filed. See, also, 134 App. Div. 442, 119 N. Y. Supp. 295.

---

BARNES, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department.